United States District Court
Southern District of Texas

**ENTERED**

July 14, 2023

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANGELA COLLUM,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-CV-0904** |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| | § | |
| | § | |
| **Defendant.** | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is Plaintiff's Motion for Attorneys' Fees (Doc. 19), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On June 28, 2023, Judge Palermo issued the Report and Recommendation on Plaintiff's Motion for Attorneys' Fees (Doc. 22), recommending that the Motion be granted. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Attorneys' Fees (Doc. 19) is hereby **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 14th day of July, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

.